CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

HYUNSUK ALBERT CHANG (SBN 206270)
Email: albertchang@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787
Attorneys for Defendants
13800 San Antonio, LLC and
Joo Hyun Han

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO FERNANDEZ | Case: 2:21-cv-01155-ODW-SK |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| 13800 SAN ANTONIO, LLC, a California Limited Liability Company; JOO HYUN HAN | |
| Defendants. | |

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 4, 2021            CENTER FOR DISABILITY ACCESS

                                                By: /s/ Amanda Seabock
                                                    Amanda Seabock
                                                    Attorneys for Plaintiff

Dated: October 4, 2021            LAW OFFICES OF ALBERT CHANG

                                                By: /s/ Hyunsuk Albert Chang
                                                  Hyunsuk Albert Chang
                                                  Attorney for Defendants
                                                  13800 San Antonio, LLC and
                                                  Joo Hyun Han

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Hyunsuk Albert Chang, counsel for 13800 San Antonio, LLC and Joo Hyun Han, and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 4, 2021                    CENTER FOR DISABILITY ACCESS

                                                  By: /s/ Amanda Seabock
                                                    Amanda Seabock
                                                    Attorneys for Plaintiff